UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ulbardo Fernandez
                                 Plaintiff,

v.                                                        Case No.: 1:15−cv−01366
                                                            Honorable Amy J. St. Eve

Rust−oleum Corporation, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 14, 2017:

       MINUTE entry before the Honorable Amy J. St. Eve: Final judgment and order having been entered in MDL 2602 − 15C1364 on 3/6/17, MDL member case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.